**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:26-cr-58 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| ALEXANDER CARTER, | ) | **ORDER ACCEPTING PLEA,** |
| | ) | **JUDGMENT, AND REFERRAL TO U.S.** |
| Defendant. | ) | **PROBATION OFFICE** |
| | ) | |

This case is before the Court on a Report and Recommendation ("R&R") filed by United States Magistrate Judge  Jonathan D. Greenberg recommending that the Court accept Defendant's guilty plea and enter a finding of guilty.  (ECF No. 9).  This matter was previously referred to the Magistrate Judge for the taking of the plea with the consent of the parties.  (ECF Nos. 3, 6).

On February 4, 2026, the Government filed an information that charged Defendant with Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2.  (ECF No. 1).  On February 17, 2026, Defendant executed a waiver of indictment.  (ECF No. 5).  The same day, Magistrate Judge Greenberg held an arraignment/change of plea hearing, during which Defendant entered a plea of guilty to Count 1 of the Information.  (Minutes of proceedings [non-document] dated Feb. 17, 2026).  Magistrate Judge Greenberg also issued the instant R&R recommending that the Court accept Defendant's guilty plea and enter a finding of guilty.  (ECF No. 9).

Any objections to the R&R were due on March 3, 2026.  (*Id.* at PageID #30).  Neither party submitted any objections.

On review of the record, the Court adopts the R&R.  Defendant Alexander Carter is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the

1

charges and of the consequences of entering a guilty plea.  He is also aware of the trial rights he waives/gives up by pleading guilty.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea is accepted.

Therefore, Defendant Carter is adjudged guilty of Count 1 of the Information, in violation of 18 U.S.C. §§ 1343 and 2.  This matter was referred to the U.S. Pretrial Services and Probation Office for the completion of a presentence investigation and report.  Sentencing will be held on June 3, 2026 at 10:00 a.m. in Courtroom 17A.

**IT IS SO ORDERED.**

Date: March 4, 2026

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**